**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Cissne and David Martin, in their capacities as Trustees of the Operating Engineers Local 428 Trust Funds,<br><br>Plaintiffs,<br><br>vs.<br><br>Sierra Grading and Paving Co., Inc., an Arizona corporation,<br><br>Defendant. | No. CV-05-2213-PHX-DGC<br><br>**ORDER** |

Plaintiffs have filed a motion for partial default judgment. Dkt. #30. The Court will grant the motion in part and deny it in part.

**I.     Background.**

Plaintiffs filed a complaint against Defendant on July 26, 2005. The complaint alleged that Defendant has failed to make employee benefit contributions to various trust funds in violation of certain collective bargaining agreements. Dkt. #1.

Defendant was served with process on August 10, 2005. Dkt. ##3-5. Defendant failed to respond to the complaint as required by the Federal Rules of Civil Procedure. The Clerk entered Defendant's default and the Court entered a partial default judgment. Dkt. ##10, 23.

The Court denied Plaintiffs' request for judgment in the amount of $7,911.46 because

1 Plaintiffs did not request this amount, or any other specific amount of damages, in the
2 complaint. Rather, Plaintiffs sought leave to amend the complaint, upon completion of an
3 audit, to set forth the precise amounts of contributions and liquidated damages due and owing
4 to Plaintiffs. Dkt. #23 at 2 (citing Dkt. #1 at 4). The Court granted Plaintiffs leave to file
5 an amended complaint setting forth the precise amount of damages they seek to recover in
6 this action. *Id.*

7 Plaintiffs filed an amended complaint on May 11, 2007. Dkt. #25. The amended
8 complaint seeks judgment in the amount of $10,731.80, which allegedly represents the
9 amount due through February 2007. *Id.* at 3-5. The complaint also seeks an order requiring
10 Defendant to produce the payroll records necessary for Plaintiffs to determine the amount
11 due for March, April, and May 2007. *Id.* at 4-5.

12 Defendant failed to respond to the amended complaint as required by the Federal
13 Rules of Civil Procedure. The Clerk entered Defendant's default on July 20, 2007. Dkt. #27.

14 **II.     Analysis.**

15 In the instant motion, Plaintiff states that Defendant has remitted reports and
16 contributions for March and April 2007. Dkt. #30 at 3. Plaintiffs request the Court to enter
17 partial default judgment as follows: (1) for the amount of $10,669.23, which represents
18 contributions and liquidated damages due through February 2007 and (2) for an order
19 requiring Defendant to provide reports, contributions, and liquidated damages due from
20 May 1 through August 31, 2007. *Id.* at 5.

21 "A judgment by default shall not be different in kind from or exceed in amount that
22 prayed for in the demand for judgment." Fed. R. Civ. P. 54(c); *see* Fed. R. Civ. P. 55(d) ("In
23 all cases a judgment by default is subject to the limitations of Rule 54(c)."); Fed. R. Civ. P.
24 8(a)(3) (requiring a complaint to contain "a demand for judgment for the relief the pleader
25 seeks"). The Court will grant Plaintiffs' request for a judgment in the amount of $10,669.23
26 and for an order requiring Defendant to provide reports, contributions, and liquidated
27 damages due for May 2007. The Court will deny Plaintiffs' request for an order requiring
28 Defendant to provide reports, contributions, and liquidated damages due for June, July, and

August 2007. Plaintiffs did not request this relief in the amended complaint. *See* Dkt. #25.

**IT IS ORDERED:**

1. Plaintiffs' motion for partial default judgment (Dkt. #30) is **granted in part** and **denied in part** as set forth in this order.
2. Plaintiffs shall submit a proposed form of judgment consistent with this order by **September 28, 2007**.
3. Plaintiffs shall seek judgment on any damages due for May 2007 by **December 21, 2007**.
4. The Clerk shall **terminate** this action if Plaintiffs fail to comply with these deadlines.
5. Plaintiffs may file a motion for attorneys' fees upon entry of final judgment in the case.

DATED this 18th day of September, 2007.

_David G. Campbell_
United States District Judge